UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**DAWN BORCHERS,**

    Plaintiff,

v.                                     Case No: 8:23-cv-1728-MSS-AEP

**FLORIDA HEALTH SCIENCES CENTER, INC.,**

    Defendant.

_____

## ORDER OF DISMISSAL

Upon review of the Plaintiff's Notice of Voluntary Dismissal, (Dkt. 5), and pursuant to FED. R. CIV. P. 41(a)(1), it is hereby

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE.** Each party shall bear its own attorneys' fees and costs associated with this matter. The **Clerk** is directed to terminate any pending motions and **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida this 8th day of August 2023.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Party